■ In the Matter of Za'Niya D. Suffolk County Department of Social Services, Respondent; Kenneth R., Appellant. [18 NYS3d 882]—Appeal from an order of fact-finding and disposition of the Family Court, Suffolk County (Theresa Whelan, J.), dated August 21, 2014. The order, insofar as appealed from, after a fact-finding hearing, determined that the father neglected the subject child, Za'Niya D.

Ordered that order of fact-finding and disposition is affirmed insofar as appealed from, without costs or disbursements.

A single incident of excessive corporal punishment is sufficient to sustain a finding of neglect (*see Matter of Yanni D. [Hope J.]*, 95 AD3d 1313 [2012]; *Matter of James S. [Kathleen S.]*, 88 AD3d 1006 [2011]; *Matter of Alexander J.S. [David S.]*, 72 AD3d 829 [2010]; *Matter of Rachel H.*, 60 AD3d 1060 [2009]). Here, the Family Court's findings that the father neglected the subject child Za'Niya D. by subjecting her to excessive corporal punishment is supported by a preponderance of the evidence (*see* Family Ct Act § 1012 [f] [i] [B]; *Matter of Dylan G. [Victor M.]*, 119 AD3d 786 [2014]; *Matter of Nurridin B. [Louis J.]*, 116 AD3d 770 [2014]; *Matter of Yanni D. [Hope J.]*, 95 AD3d 1313 [2012]; *Matter of James S. [Kathleen S.]*, 88 AD3d 1006 [2011]; *Matter of Padmine M. [Sandra M.]*, 84 AD3d 806 [2011]). Dillon, J.P., Sgroi, Cohen and LaSalle, JJ., concur.